UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| KEREL L. SEABROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:18-cv-00508-JMS-MJD |
| | ) | |
| J. RANDALL, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Order Denying Motion for Summary Judgment**

Plaintiff Kerel L. Seabrooks filed this civil rights action alleging, among other things, retaliation by the defendants in violation of the First Amendment. All other claims were dismissed or severed at screening. Dkt. 8. The defendants answered Mr. Seabrooks's complaint but did not assert any affirmative defense related to the statute of limitations or exhaustion of administrative remedies. Dkt. 14. Now, the defendants have moved for summary judgment arguing only that Mr. Seabrooks's complaint is barred by the statute of limitations and that he failed to exhaust his available administrative remedies.

"Generally, a party must plead affirmative defenses . . . in its answer to properly preserve them." *Kaczmarek v. Rednour*, 627 F.3d 586, 592 (7th Cir. 2010). A district court has discretion to consider a belated affirmative defense if the delay has not harmed the plaintiff. *Phillips v. Walker*, 443 Fed. App'x 213, 215 (7th Cir. 2011). But district courts also have "considerable discretion to manage their dockets and to require compliance with deadlines." *Keeton v. Morningstar, Inc.*, 667 F.3d 877, 884 (7th Cir. 2012).

Here, the Court allowed the parties through April 12, 2019, to amend their pleadings. Dkt. 19 at 3. The defendants did not amend their answer by that deadline, and they did not move

for leave to amend afterwards. Nor have they shown "good cause" to modify the Court's pretrial schedule. Fed. R. Civ. P. 16(b)(4).

Accordingly, the defendants have **waived** any statute of limitations or exhaustion defense, and the defendants' motion for summary judgment, dkt. [25], is **denied**. This case shall proceed to settlement or trial.

**IT IS SO ORDERED.**

Date: 2/7/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

KEREL L. SEABROOKS
126812
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838

Aubrey Jean Crist
BBKCC Attorneys
acrist@bbkcc.com

Adam Garth Forrest
BOSTON BEVER KLINGE CROSS & CHIDESTER
aforrest@bbkcc.com