UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| KEREL L. SEABROOKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:18-cv-00508-JMS-MJD |
| J. RANDALL, et al. | ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO RECRUIT COUNSEL

On February 7, 2020, this Court denied the defendants' motion for summary judgment, allowing this case to proceed to settlement or trial. Dkt. [31]. On March 6, 2020, Plaintiff Kerel Seabrooks filed a motion for the Court to recruit counsel to represent him in this matter, dkt. [33], which the Court now **grants**.

**IT IS SO ORDERED.**

Date: 4/16/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

KEREL L. SEABROOKS
126812
WABASH VALLEY – CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838

Aubrey Jean Crist
BBKCC Attorneys
acrist@bbkcc.com

Adam Garth Forrest
BOSTON BEVER KLINGE CROSS & CHIDESTER
aforrest@bbkcc.com